IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOSE HUMBERTO JIMENEZ-GOMEZ, ) ) ) | |
| Petitioner, ) ) | |
| v. ) ) | CASE NO. 3:14-CV-1181-WKW [WO] |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

## **ORDER**

On January 13, 2017, the Magistrate Judge filed a Recommendation (Doc. # 15) to which no timely objections have been filed. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 15) is ADOPTED;

2. Petitioner's 28 U.S.C. § 2255 motion is DENIED; and

3. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 3rd day of February, 2017.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE